**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARITZA DIAZ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1608-Orl-22JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (Doc. No. 11) filed on May 30, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed June 15, 2006 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (Doc. No. 11) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Defendant and to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 6, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record